# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ERIC ALPHONSO McHAM | ) | Case No:  3:99CR59-5 |
|  | ) | USM No:  14815-058 |
| Date of Previous Judgment:  April 19, 2000 | ) | Harold Bender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❑ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  180  months **is reduced to**  145 months  .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  37 | Amended Offense Level:  35 |
| Criminal History Category:  III | Criminal History Category:  III |
| Previous Guideline Range:  262  to  327  months | Amended Guideline Range:  210  to  262  months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated  April 19, 2000,  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  March 12, 2009

Effective Date:  _____
(if different from order date)

*Graham C. Mullen*

Graham C. Mullen
United States District Judge